**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed October 1, 2015.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-15-00414-CV

---

## IN RE SOUTHERN AMERICAN INSURANCE AGENCY, INC., AL MCCLURE DALINA ST. LAWRENCE, AND GWEN CROSBY, Relators

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**125th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-58394**

---

## MEMORANDUM OPINION

On May 7, 2015, relators Southern American Insurance Agency, Inc., Al McClure Dalina St. Lawrence, and Gwen Crosby filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (West 2004); *see also* Tex. R. App. P. 52. On September 23, 2015, relators Southern American Insurance Agency, Inc., Al McClure Dalina St. Lawrence, and Gwen Crosby and real parties in interest Heather Haygood, Individually and as Next Friend of J.A., a

Minor, and Lynn Klement, on behalf of Heather Haygood, and J.A. filed a joint motion to dismiss the petition for writ of mandamus with each side bearing their own costs.

Accordingly, the petition for writ of mandamus is dismissed.

PER CURIAM

Panel consists of Justices Boyce, McCally, and Donovan.